```
                FILED ____ ENTERED
                LODGED ____ RECEIVED

                JUN 23 2008

                AT SEATTLE
                CLERK U.S. DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
         BY                              DEPUTY
```

08-CV-00021-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SPRUEL, | Case No. C08-21-JLR |
| Petitioner, | |
| v. | |
| STATE OF WASHINGTON, et al., | ORDER OF DISMISSAL |
| Respondents. | |

The Court, after careful consideration of petitioner's Petition for a Writ of Mandamus Prohibition and/or 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition (Dkt. Nos. 4, 7) is DENIED and this case is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 23rd day of June, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL